IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-CV-20271-RNS

| | |
|---|---|
| MOTOROLA MOBILITY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant.<br><br>APPLE INC.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>    Counterclaim-Defendant. | **JURY TRIAL DEMANDED**<br><br>Consolidated Cases:<br>Case No. 1:10-cv-23580-RNS<br>Case No. 1:12-cv-20271-RNS |

## ADDENDUM TO THE PROTECTIVE ORDER (D.E. 140)

Under Federal Rule of Civil Procedure 26(c) and to facilitate production and receipt of information from non-party Google Inc. ("Google") during discovery in this action, Plaintiff and Counterclaim-Defendant Motorola Mobility LLC ("Motorola") respectfully moves for entry of this Proposed Addendum to the Protective Order entered by the Court on July 12, 2012 (collectively referred to herein as "the Protective Order"). Defendant and Counterclaim-Plaintiff Apple Inc. ("Apple") does not oppose this addendum.

29.　The Protective Order shall apply to Google as a producing party with respect to all Protected Materials that it produces, including without limitation material produced by Google designated with the label "CONTAINS CONFIDENTIAL BUSINESS INFORMATION INCLUDING HIGHLY CONFIDENTIAL SOURCE CODE" ("Confidential Source Code"). The following protections shall also apply to Confidential Source Code produced by Google:

a.　The Source Code Computer provided by Google shall run a reasonably current version of Microsoft Windows. Google shall not be obligated to install any software that provides an alternate operating system environment within the Microsoft Windows environment on its Source Code Computer.

b.　The provisions of Paragraph 10(c)(ii) shall govern Google's installation of software tools on the Source Code Computer provided by Google, except that Google shall not be obligated to install requested print formatting software or file comparison tool software.

c.　If the receiving party wishes to print in excess of the limits imposed by Paragraph 10(c)(iii), the burden shall be on the receiving party to demonstrate that its request calls for no more than is reasonably necessary for a permitted purpose and not merely for the purposes of review and analysis elsewhere.

d.　In addition to the prohibition on outside counsel involved in competitive decision-making on behalf of a party accessing Protected Materials in paragraph 10(b) of the Protective Order, no independent expert witness or consultant shall have access to Confidential Source Code produced by Google unless he or she is not involved in competitive decision-

making, as defined by *U.S. Steel v. United States*, 730 F.2d 1465, 1468 n.3 (Fed. Cir. 1984), on behalf of a party or a competitor of a party.

**DONE and ORDERED** in chambers at Miami, Florida on November 28th, 2012.

HON. ~~ROBERT N. SCOLA, JR.~~ TED. E. BANDSTRA
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE