UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-cv-20271-SCOLA

MOTOROLA MOBILITY LLC,

    Plaintiff and
    Counterclaim-Defendant,

v.

APPLE INC.,

    Defendant and
    Counterclaim-Plaintiff.

**Consolidated Cases**

Case No. 1:10-cv-23580-SCOLA
Case No. 1:12-cv-20271-SCOLA

**NOTICE OF WITHDRAWAL OF MOTOROLA MOBILITY LLC'S MOTION
TO COMPEL PRODUCTION OF SOURCE CODE FROM APPLE INC. (DE 139)**

    Plaintiff and Counterclaim-Defendant Motorola Mobility LLC ("Motorola") hereby informs the Court that Motorola hereby withdraws its Motion to Compel Production of Source Code from Defendant Apple, Inc. ("Apple") which was filed on November 21, 2012. *See* D.E. 139. Apple has made the source code, which was the subject of the motion to compel, available for inspection.

Dated: November 30, 2012

Respectfully submitted,

*/s/ Edward M. Mullins*
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
ASTIGARRAGA DAVIS MULLINS
  &amp; GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida  33131
Telephone: (305) 372-8282
Facsimile:  (305) 372-8202

*Local Counsel for Plaintiff*

Case No. 1:12-cv-20271-SCOLA

*Lead Counsel for Plaintiff:*

David Perlson*
Graham Pechenik*
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

Ray Nimrod*
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

David A. Nelson*
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
500 West Madison Street, Ste. 2450
Chicago, IL  60661
Telephone: (312) 705-7400
Facsimile:  (312) 705-7401

Marshall Searcy*
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

*Admitted pro hac vice

Case No. 1:12-cv-20271-SCOLA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Edward M. Mullins*_____
Edward M. Mullins (Fla. Bar No. 863920)

## SERVICE LIST

*Motorola Mobility LLC v. Apple, Inc.*
Case No.: 1:12-cv-20271-SCOLA
United States District Court, Southern District of Florida

*Counsel for Defendant and Counterclaim-Plaintiff Apple Inc.*

Christopher R.J. Pace*
christopher.pace@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida  33131
Tel.:  (305) 577-3100 / Fax: (305) 374-7159

Jill J. Schmidt*
jill.schmidt@weil.com
Anne M. Cappella*
anne.cappella@weil.com
Weil, Gotshal & Manges, LLP
201 Redwood Shores Parkway
Redwood Shores, California  94065-1134
Tel.:  (650) 802-3000 / Fax:  (650) 802-3100

Mark G. Davis*
Mark.davis@weil.com
Robert T. Vlasis*
robert.vlasis@weil.com
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, DC  20005
Tel.:  (202) 682-7000 / Fax:  (202) 857-0940

Case No. 1:12-cv-20271-SCOLA

Garland T. Stephens*
garland.stephens@weil.com
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, Texas  77002
Tel.:  (713) 546-5011 / Fax:  (713) 224-9511


Michael T. Pieja*
mpieja@bridgesmav.com
Kenneth H. Bridges*
kbridges@bridgesmav.com
Bridges & Mavrakakis LLP
3000 El Camino Real
One Palo Alto Square
Palo Alto, California  94306
Tel.: (650) 804-7800 / Fax: (650) 852-9224


Matthew D. Powers*
matthew.powers@tensegritylawgroup.com
Steven S. Cherensky*
steven.cherensky@tensegritylawgroup.com
Paul T. Ehrlich*
paul.ehrlich@tensegritylawgroup.com
Azra Hadzemehmedovic*
azra@tensegritylawgroup.com
Monica Mucchetti Eno*
monica.eno@tensegritylawgroup.com
Stefani C. Smith*
stefani.smith@tensegritylawgroup.com
Tensegrity Law Group LLP
201 Redwood Shores Parkway, Suite 401
Redwood Shores, California
Tel.:  (650) 802-6000 / Fax: (650) 802-6001

*Admitted pro hac vice
Electronically served via CM/ECF