# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-20271-RNS-TEB

| | |
|---|---|
| MOTOROLA MOBILITY LLC,<br><br>      Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant. | **JURY TRIAL DEMANDED**<br><br>Consolidated Cases:<br>Case No. 1:10-cv-23580-RNS<br>Case No. 1:12-cv-20271-RNS |
| APPLE INC.,<br><br>      Counterclaim Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>      Counterclaim Defendant. | |

## APPLE INC.'S STATEMENT OF ACCUSED PRODUCTS

In accordance with the Court's Order of October 25, 2012 [Dkt. No. 136], amending the Scheduling Order and setting December 14, 2012, as the deadline for accusing new products, Apple Inc. submits this statement identifying the Motorola products accused of infringing one or more claims of U.S. Patent Nos. 5,583,560, 5,594,509, 5,621,456, 7,657,849, 8,046,721, 7,853,891, 8,014,760, 8,031,050, 8,074,172, and 8,099,332.

**Accused Motorola Mobile Devices:**

Admiral
Atrix 2
Atrix 4G
Atrix HD

Backflip
Bravo
Charm
Citrus
Cliq
Cliq 2
Cliq XT
Defy
Defy XT
Devour
Droid
Droid 2
Droid 2 Global
Droid 3
Droid 4
Droid Bionic
Droid Pro
Droid RAZR
Droid RAZR HD
Droid RAZR M
Droid RAZR Maxx
Droid RAZR Maxx HD
Droid X
Droid X2
Electrify
Electrify 2
Flipout
Flipside
i1
Milestone
Milestone X
Photon 4G
Photon Q
Titanium
Triumph
Xoom
XPRT
XYBoard 10.1
XYBoard 8.2

**Accused Motorola Set-Top Box Devices:**

DCT700
DCT2500
DCT3400
DCT3412
DCT3080

DCT6200
DCT6208
DCT6400
DCT6412
DCT6416
DCX700
DCX3200
DCX3200 P2
DCX3200-M P3
DCX3400
DCX3501-M
DCX3510-M
DCX3600-M
DCH70
DCH100
DCH200
DCH3200
DCH3416
DCH6200
DCH6416
QIP2500
QIP2708
QIP6200
QIP6412
QIP6416
QIP7100
QIP7100 P2
QIP7216
QIP7232 P2
VIP1103
VIP1113
VIP2853
VIP2952
HM-STB100LC
HMC200F
HMC210E
HMC210K
HMC211E
HMC3021
VIP2853C (for use with Motorola's KreaTV software)
VIP1000 (for use with Motorola's KreaTV software)
VIP1002 (for use with Motorola's KreaTV software)
VIP1002E (for use with Motorola's KreaTV software)
VIP1002E/F (for use with Motorola's KreaTV software)
VIP1002P (for use with Motorola's KreaTV software)
VIP1003 (for use with Motorola's KreaTV software)

VIP1200 (for use with Motorola's KreaTV software)
VIP1216 (for use with Motorola's KreaTV software)
VIP1232 (for use with Motorola's KreaTV software)
VIP1903 (for use with Motorola's KreaTV software)
VIP1910 (for use with Motorola's KreaTV software)
VIP1920 (for use with Motorola's KreaTV software)
VIP1960 (for use with Motorola's KreaTV software)
VIP1963 (for use with Motorola's KreaTV software)
VIP1963T (for use with Motorola's KreaTV software)
VIP1970 (for use with Motorola's KreaTV software)
VIP2262E (for use with Motorola's KreaTV software)

Dated:  December 14, 2012

Respectfully submitted,


 /s/ Christopher R. J. Pace
Christopher R. J. Pace
christopher.pace@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida  33131
Tel: (305) 577-3100
Fax: (305) 374-7159

*Of Counsel:*

Mark G. Davis
mark.davis@weil.com
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
(202) 682-7000

Anne M. Cappella
anne.cappella@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kenneth H. Bridges
kbridges@bridgesmav.com
Michael T. Pieja
mpieja@bridgesmav.com

3000 El Camino Real, 2nd Floor
Palo Alto, CA 94306
(650) 804-7800

Matthew D. Powers
Matthew.Powers@tensegritylawgroup.com
Tensegrity Law Group LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-6000

*Attorneys for Apple Inc.*

## SERVICE LIST
### Motorola Mobility, Inc. versus Apple Inc.
### Consolidated Case Nos. 1:12cv020271-Civ-RNS & 1:10cv235800Civ-RNS
### United States District Court, Southern District of Florida

Edward M. Mullins
Fla. Bar No. 863920
emullins@astidavis.com
ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

Of Counsel:
Charles K. Verhoeven
David A. Perlson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 93111
(415) 875-6600

Raymond N. Nimrod
Edward J. DeFranco
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

David A. Nelson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
(312) 705-7400
Moto-Apple-SDFL@quinnemanuel.com

Attorneys for Motorola Mobility, Inc.
Electronically served via CM/ECF