UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-cv-20271-SCOLA

| | |
|---|---|
| MOTOROLA MOBILITY LLC,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | **Consolidated Cases**<br><br>Case No. 1:10-cv-23580-SCOLA<br>Case No. 1:12-cv-20271-SCOLA |

**MOTOROLA MOBILITY LLC'S
AMENDED INFRINGEMENT CONTENTIONS
<u>AND STATEMENT OF ACCUSED PRODUCTS</u>**

Plaintiff and Counterclaim-Defendant Motorola Mobility LLC ("Motorola") hereby sets forth the asserted claims from U.S. Patents Nos. 5,710,987, 5,754,119, 5,958,006, 6,008,737, 6,101,531, 6,377,161, 5,689,825, 6,002,948, 6,463,534, 7,024,183, 7,243,072, and 7,509,148, the Apple products that infringe those claims, and Motorola's amended infringement contentions. Motorola has amended its preliminary infringement contentions to include certain additional accused products, in accordance with the deadlines set by the Court in the Amended Scheduling Order (Docket No. 136). These additional accused products are included in the identification of accused products below and in the attached exhibits. Motorola's investigation is ongoing, and discovery and claim construction are not yet complete. Motorola reserves the right to amend or supplement the asserted claims, accused Apple products, and/or infringement contentions set forth below as additional information becomes available.

| Patent | Claims | Accused Products | Exhibit |
|---|---|---|---|
| 5,710,987 | 13, 14, 17 | Apple iPhone 4, Apple iPhone 4S, and Apple iPhone 5 | Ex. A |
| 5,754,119 | 1, 2, 5 | Apple iPhone 3G, Apple iPhone 3GS, Apple iPhone 4, Apple iPhone 4S, Apple iPhone 5, Apple iPad, Apple iPad + 3G, Apple iPad 2, Apple iPad 2 + 3G, 3rd Apple Generation iPad, 3rd Generation Apple iPad + 4G, 4th Generation Apple iPad, 4th Generation Apple iPad [with cellular], Apple iPad mini, Apple iPad mini [with cellular], 3rd Generation Apple iPod Touch, 4th Generation Apple iPod Touch, 5th Generation Apple iPod Touch, MobileMe, and iCloud. | Ex. B |
| 5,958,006 | 12, 26 | MobileMe, iCloud, Apple iPhone 3G S, Apple iPhone 3G, Apple iPhone 4, Apple iPhone 4S, Apple iPhone 5, Apple iPad, Apple iPad with 3G, Apple iPad 2, Apple iPad 2 with 3G, 3rd Generation Apple iPad, 3rd Generation Apple iPad + 4G, 4th Generation Apple iPad, 4th Generation Apple iPad [with cellular], Apple iPad mini, Apple iPad mini [with cellular],3rd Generation Apple iPod Touch, 4th Generation Apple iPod Touch, 5th Generation Apple iPod Touch, Apple Mac Pro, Apple iMac, Apple Mac mini, Apple MacBook, Apple MacBook Pro, 15-inch Apple MacBook Pro with Retina Display, 13-inch Apple MacBook Pro with Retina Display, Apple MacBook, | Ex. C |

| Patent | Claims | Accused Products | Exhibit |
|---|---|---|---|
| | | Apple MacBook Air, new Apple iMac, and new Apple Mac mini. | |
| 6,008,737 | 9 | Apple iPhone 3G, Apple iPhone 3GS, Apple iPhone 4, and Apple iPhone 4S, Apple iPhone 5, Apple iPad, Apple iPad with 3G, Apple iPad 2, Apple iPad 2 with 3G, 3rd Generation Apple iPad, 3rd Generation Apple iPad + 4G, 4th Generation Apple iPad, 4th Generation Apple iPad [with cellular], Apple iPad mini, Apple iPad mini [with cellular], 3rd Generation Apple iPod Touch, 4th Generation Apple iPod Touch, 5th Generation Apple iPod Touch, Apple Mac Pro, Apple iMac, Apple Mac mini, Apple MacBook, Apple MacBook Pro, 15-inch Apple MacBook Pro with Retina Display, 13-inch Apple MacBook Pro with Retina Display, Apple MacBook, Apple MacBook Air, new Apple iMac, and new Apple Mac mini. | Ex. D |
| 6,101,531 | 1, 2, 11 | Apple iPhone 3G S, Apple iPhone 3G, Apple iPhone 4, Apple iPhone 4S, Apple iPhone 5, Apple iPad, Apple iPad with 3G, Apple iPad 2, Apple iPad 2 with 3G, 3rd Generation Apple iPad, 3rd Generation Apple iPad + 4G, 4th Generation Apple iPad, 4th Generation Apple iPad [with cellular], Apple iPad mini, Apple iPad mini [with cellular], 3rd Generation Apple iPod Touch, 4th Generation Apple iPod Touch, 5th Generation Apple iPod Touch, Apple Mac Pro, Apple iMac, Apple Mac mini, Apple MacBook, Apple MacBook Pro, 15-inch Apple MacBook Pro with Retina Display, 13-inch Apple MacBook Pro with Retina Display, Apple MacBook, Apple MacBook Air, new Apple iMac, new Apple Mac mini, MobileMe, and iCloud. | Ex. E |
| 6,377,161 | 1-3, 5, 9, 12-14 | Apple iPhone 3G, Apple iPhone 3GS, Apple iPhone 4, Apple iPhone 4S, Apple iPhone 5, Apple iPad, Apple iPad with 3G, Apple iPad 2, Apple iPad 2 with 3G, 3rd Generation Apple iPad, 3rd Generation Apple iPad + 4G, 4th Generation Apple iPad, 4th Generation Apple iPad [with cellular], Apple iPad mini, Apple iPad mini [with cellular], 3rd Generation Apple iPod Touch, 4th Generation Apple iPod Touch, 5th Generation Apple iPod Touch, Apple Mac Pro, Apple iMac, Apple Mac mini, Apple MacBook, Apple MacBook Pro, 15-inch Apple MacBook Pro with Retina Display, 13-inch Apple MacBook Pro with Retina Display, Apple MacBook, Apple MacBook Air, new Apple iMac, new Apple Mac mini, MobileMe, and iCloud. | Ex. F |
| 5,689,825 | 13, 14 | Apple Mac Pro, Apple iMac, Apple Mac mini, Apple MacBook Pro, 15-inch Apple MacBook Pro with Retina | Ex. G |

2

| Patent | Claims | Accused Products | Exhibit |
|---|---|---|---|
| | | Display, Apple MacBook, Apple MacBook Air, new Apple iMac, new Apple Mac mini, 13-inch Apple MacBook Pro with Retina Display, each generation of the Apple iPod Touch, Apple iPhone, Apple iPhone 3G, Apple iPhone 3GS, Apple iPhone 4, Apple iPhone 4S, Apple iPhone 5, Apple iPad, Apple iPad + 3G, Apple iPad 2, Apple iPad 2 + 3G, 3rd Generation Apple iPad, 3rd Generation Apple iPad + 4G, 4th Generation Apple iPad, 4th Generation Apple iPad [with cellular], Apple iPad mini, Apple iPad mini [with cellular] 3rd Generation Apple iPod Touch, 4th Generation Apple iPod Touch, 5th Generation Apple iPod Touch, Apple Dock Connector to USB Cable, Apple Lightning Connector to USB Cable | |
| 6,002,948 | 9, 10, 11, 12 | Apple iPhone 3GS, Apple iPhone 4, Apple iPhone 4S, Apple iPhone 5 | Ex. H |
| 6,463,534 | 1, 2, 7, 8 | Apple Mac Pro, Apple iMac, Apple Mac mini, Apple MacBook, Apple MacBook Pro, 15-inch Apple MacBook Pro with Retina Display, Apple MacBook Air, new Apple iMac, new Apple Mac mini, 13-inch Apple MacBook Pro with Retina Display, 3rd Generation Apple iPod Touch, 4th Generation Apple iPod Touch, 5th Generation Apple iPod Touch, Apple iPhone 3GS, Apple iPhone 4, Apple iPhone 4S, Apple iPhone 5, Apple iPad, Apple iPad with 3G, Apple iPad 2, Apple iPad 2 with 3G, 3rd Generation Apple iPad, 3rd Generation Apple iPad + 4G, 4th Generation Apple iPad, 4th Generation Apple iPad [with cellular], Apple iPad mini, Apple iPad mini [with cellular], Apple TV 1st Gen, Apple TV 2nd Gen, Apple TV 3rd Gen | Ex. I |
| 7,024,183 | 1, 2, 6, 7-9 | Apple iPhone 3GS, Apple iPhone 4, Apple iPhone 4S, Apple iPhone 5 | Ex. J |
| 7,243,072 | 1-6, 12-17, 23-25 | 5th Generation Apple iPod Touch, Apple iPhone 4S, Apple iPhone 5, 3rd generation Apple iPad, 3rd Generation Apple iPad + 4G, 4th generation Apple iPad, 4th Generation Apple iPad [with cellular] Apple iPad mini, Apple iPad mini [with cellular], Apple Siri Servers | Ex. K |
| 7,509,148 | 1, 3, 6, 7, 9 | Apple iPhone 3GS, Apple iPhone 4, Apple iPhone 4S, Apple iPhone 5, Apple iPad, Apple iPad + 3G, Apple iPad 2, Apple iPad 2 + 3G, 3rd Generation Apple iPad, 3rd Generation Apple iPad + 4G, 4th Generation Apple iPad, 4th Generation Apple iPad [with cellular], Apple iPad mini, Apple iPad mini [with cellular], 3rd | Ex. L |

| Patent | Claims | Accused Products | Exhibit |
|---|---|---|---|
| | | Generation Apple iPod Touch, 4th Generation Apple iPod Touch, 5th Generation Apple iPod Touch | |

Dated:  December 14, 2012

Respectfully submitted,

/s/ *Edward M. Mullins*

Edward M. Mullins
Fla. Bar No. 863920
ASTIGARRAGA DAVIS MULLINS &
GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, FL  33131
Telephone: (305) 372-8282
Facsimile: (304) 372-8202
emullins@astidavis.com

Charles K. Verhoeven
David A. Perlson
QUINN EMANUEL URQUHART & SULLIVAN,
   LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com
davidperlson@quinnemanuel.com

Edward J. DeFranco
Raymond Nimrod
QUINN EMANUEL URQUHART & SULLIVAN,
   LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Phone: (212) 849-7000
Fax: (212) 849-7100
eddefranco@quinnemanuel.com
raynimrod@quinnemanuel.com

David A. Nelson
QUINN EMANUEL URQUHART & SULLIVAN,
   LLP
500 West Madison St., Ste. 2450

4

        Chicago, IL  60661
        Telephone: (312) 705-7400
        Facsimile: (312) 705-7401
        davenelson@quinnemanuel.com

        Marshall Searcy
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
        865 S. Figueroa St., 10th Floor
        Los Angeles, CA  90017
        Telephone: (213) 443-3000
        Facsimile: (213) 443-3100
        marshallsearcy@quinnemanuel.com

        *Attorneys for Plaintiff and Counterclaim Defendant Motorola Mobility LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2012 a copy of the foregoing MOTOROLA MOBILITY LLC'S AMENDED INFRINGEMENT CONTENTIONS and all accompanying Exhibits were served on counsel for Apple via electronic mail in accordance with the attached service list.

                                        /s/ *Robin M. Davis*

**SERVICE LIST**
**Motorola Mobility LLC v. Apple Inc.**
**Case No. 1:12-cv-20271-RNS**
**United States District Court, Southern District of Florida**

Christopher R.J. Pace
christopher.pace@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Tel.: (305) 577-3100

Matthew D. Powers
matthew.powers@weil.com
Steven S. Cherensky
steven.cherensky@weil.com
Jill J. Ho
jill.ho@weil.com
Weil, Gotshal & Manges, LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1134
Telephone: (650) 802-3000

Mark G. Davis
mark.davis@weil.com
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W., Suite 900
Telephone: (202) 682-7000

Patricia Young
patricia.young@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

Apple.Motorola.FL.WGM.Service@weil.com

*Attorneys for Apple, Inc.*