UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-cv-20271-SCOLA/O'SULLIVAN

| | |
|---|---|
| MOTOROLA MOBILITY LLC,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendant and<br>　　　　Counterclaim Plaintiff. | **Consolidated Cases**<br><br>Case No. 1:10-cv-23580-SCOLA<br>Case No. 1:12-cv-20271-SCOLA |

## NOTICE OF CORRECTION AND REQUEST TO CORRECT CM/ECF DOCKET REGARDING COUNSEL CHRISTOPHER PACE

PLEASE TAKE NOTICE that the CM/ECF docket incorrectly states that counsel Christopher Rebel Jude Pace of the law firm Weil Gotshal & Manges, LLP represents both Apple Inc. and Motorola Mobility LLC in this action. Mr. Pace does *not* represent Motorola Mobility LLC in this case, and only represents Apple Inc. Motorola Mobility LLC requests that the attorney list on the CM/ECF docket be corrected to reflect that Mr. Pace does not represent Motorola Mobility LLC.

Dated:  January 28, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Regan N. Kruse*
　　　　　　　　　　　　　　　　　　　　　Edward M. Mullins (Fla. Bar No. 863920)
　　　　　　　　　　　　　　　　　　　　　emullins@astidavis.com
　　　　　　　　　　　　　　　　　　　　　Regan N. Kruse (Fla. Bar No. 84404)
　　　　　　　　　　　　　　　　　　　　　rkruse@astidavis.com
　　　　　　　　　　　　　　　　　　　　　ASTIGARRAGA DAVIS MULLINS
　　　　　　　　　　　　　　　　　　　　　　 & GROSSMAN, P.A.
　　　　　　　　　　　　　　　　　　　　　701 Brickell Avenue, 16th Floor
　　　　　　　　　　　　　　　　　　　　　Miami, Florida  33131
　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 372-8282
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (305) 372-8202

*Of Counsel:*

David Perlson*
Graham Pechenik*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

Ray Nimrod*
Keunwoo Justin Choi*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

David A. Nelson*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
500 West Madison Street, Ste. 2450
Chicago, IL  60661
Telephone: (312) 705-7400
Facsimile:  (312) 705-7401

Marshall Searcy*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

*\*Admitted pro hac vice*

*Counsel for Plaintiff Motorola Mobility LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Regan N. Kruse*
Regan N. Kruse (Fla. Bar No. 84404)

## SERVICE LIST
*Motorola Mobility LLC v. Apple, Inc.*
Case No.: 1:12-cv-20271-SCOLA
United States District Court, Southern District of Florida

*Counsel for Defendant and Counterclaim-Plaintiff Apple Inc.*

Christopher R.J. Pace*
christopher.pace@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida  33131
Telephone:  (305) 577-3100
Facsimile:  (305) 374-7159

Jill J. Schmidt*
jill.schmidt@weil.com
Anne M. Cappella*
anne.cappella@weil.com
Weil, Gotshal & Manges, LLP
201 Redwood Shores Parkway
Redwood Shores, California  94065-1134
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Mark G. Davis*
Mark.davis@weil.com
Robert T. Vlasis*
robert.vlasis@weil.com
Stephen K. Shahida*
Stephen.shahida@weil.com

David DesRosier*
david.desrosier@weil.com
Anish R. Desai*
anish.desai@weil.com
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, DC  20005
Telephone:  (202) 682-7000
Facsimile:   (202) 857-0940


Garland T. Stephens*
garland.stephens@weil.com
Rodney Miller*
rodney.miller@weil.com
Justin Constant*
justin.constant@weil.com
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, Texas  77002
Telephone:  (713) 546-5011
Facsimile:   (713) 224-9511


Michael T. Pieja*
mpieja@bridgesmav.com
Kenneth H. Bridges*
kbridges@bridgesmav.com
Bridges & Mavrakakis LLP
3000 El Camino Real
One Palo Alto Square
Palo Alto, California  94306
Telephone: (650) 804-7800
Facsimile:  (650) 852-9224

Matthew D. Powers*
matthew.powers@tensegritylawgroup.com
Steven S. Cherensky*
steven.cherensky@tensegritylawgroup.com
Paul T. Ehrlich*
paul.ehrlich@tensegritylawgroup.com
Azra Hadzemehmedovic*
azra@tensegritylawgroup.com
Monica Mucchetti Eno*
monica.eno@tensegritylawgroup.com
Stefani C. Smith*
stefani.smith@tensegritylawgroup.com

Tensegrity Law Group LLP
201 Redwood Shores Parkway, Suite 401
Redwood Shores, California
Telephone:  (650) 802-6000
Facsimile:  (650) 802-6001

*Admitted pro hac vice*
Electronically served via CM/ECF