**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:12-cv-20271-SCOLA

MOTOROLA MOBILITY, INC.,

    Plaintiff,

vs.

APPLE INC.,

    Defendant.

_____/

**NEW AMENDED SCHEDULING ORDER**

After considering the parties Joint Motion for Extension of Time of *Markman*-Related Deadlines (DE 172), the Court concludes that there is good cause to amend the most recent Scheduling Order (DE 136). The Court therefore **GRANTS** the Joint Motion (DE 172). The most recent Scheduling Order (DE 136) is amended as described below. Any currently operative deadlines or instructions in previous Orders that are not amended or described below— such as directions concerning jury instructions, trial exhibits, deposition designations, voir dire questions, and settlement notification—continue to govern.

The parties must comply with the following schedule:

| Case Event | Deadline |
|---|---|
| Infringement Contentions | Nov. 7, 2012 |
| Invalidity Contentions | Dec. 5, 2012 |
| Deadline for Accusing New Products | Dec. 14, 2012 |
| Exchange Non-Infringement, Validity, and Secondary Consideration Contentions | Jan. 24, 2013 |

| | |
|---|---|
| Deadline to Exchange Claim Terms for Construction | Feb. 4, 2013 |
| Exchange Proposed Constructions (including extrinsic and intrinsic evidence) | March 12, 2013 |
| First Joint Interim Status Report | Mar. 1, 2013 |
| File Proposed Joint Claim Constructions | Mar. 25, 2013 |
| Opening Markman Brief Due | April 9, 2013 |
| Reply Markman Brief Due | April 30, 2013 |
| Markman Hearing (2012 claims) | May 23, 2013 |
| First Mediation Deadline | May 31, 2013 |
| Fact Discovery Deadline | July 5, 2013 |
| Opening Expert Reports Deadline | Aug. 16, 2013 |
| Rebuttal Expert Reports Deadline | Sept. 6, 2013 |
| Expert discovery Deadline | Oct. 4, 2013 |
| Dispositive Motions Deadline | Nov. 1, 2013 |
| Second Joint Interim Status Report | Nov. 8, 2013 |
| Second Mediation Deadline | Nov. 15, 2013 |
| Pretrial Motions (Motions in Limine / Daubert) Deadline | Jan. 31, 2014 |
| Pretrial Stipulation and Proposed Jury Instructions Deadline | Mar. 24, 2014 |

| Calendar Call | Apr. 15, 2014 |
|---|---|
| Trial Period | Apr. 21, 2014 |

**DONE and ORDERED** in chambers, at Miami, Florida on February 19, 2013.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

*Copies to:*
U.S. Magistrate Judge
Counsel of Record