IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-cv-20271-SCOLA

| | |
|---|---|
| MOTOROLA MOBILITY LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>      Defendant.<br>―――――――――――――――<br>APPLE INC.,<br><br>      Counterclaim Plaintiff,<br><br>vs.<br><br>MOTOROLA MOBILITY LLC,<br><br>      Counterclaim Defendant. | **Consolidated Cases**<br><br>Case No. 1:10-cv-23580-SCOLA<br>Case No. 1:12-cv-20271-SCOLA |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Under Fed. R. Civ. P. 41(a)(2), Motorola Mobility LLC ("Motorola") and Apple Inc. ("Apple") stipulate to the dismissal of all pending claims without prejudice, with each party to bear its own costs and attorneys' fees. The parties further stipulate that the Court may enter an Order to this effect.

Dated:  May 16, 2014

                                            Respectfully submitted,

*/s/ Brian E. Ferguson*
Christopher R.J. Pace
christopher.pace@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Tel.: (305) 577-3100 / Fax: (305) 374-7159

Anne M. Cappella*
anne.cappella@weil.com
Jill J. Schmidt*
jill.schmidt@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1134
Tel.: (650) 802-3000 / Fax: (650) 802-3100

Brian E. Ferguson*
brian.ferguson@weil.com
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 682-7000 / Fax: (202) 857-0940

Michael T. Pieja*
mpieja@bridgesmav.com
Mavrakakis Law Group LLP
3000 El Camino Real
One Palo Alto Square
Palo Alto, California 94306
Tel.: (650) 804-7800 / Fax: (650) 852-9224

*Counsel for Defendant and Counterclaim-Plaintiff Apple Inc.*

*s/Edward M. Mullins*
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Regan N. Kruse (Fla. Bar No. 84404)
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida  33131
Tel.: (305) 372-8282 / Fax:  (305) 372-8202

Charles K. Verhoeven*
charlesverhoeven@quinnemanuel.com
David A. Perlson*
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Tel.: (415) 875-6600 / Fax:  (415) 875-6700

Edward J. DeFranco*
eddefranco@quinnemanuel.com
James M. Glass*
jimglass@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Tel.: (212) 849-7000 / Fax:  (212) 849-7100

*\*Admitted pro hac vice*

*Counsel for Plaintiff and Counterclaim-Defendant Motorola Mobility LLC*